UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al., | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:14-CV-1143 |
| Americut Coring & Sawing, Inc. | : Judge Smith |
| Defendant. | : Magistrate Judge Kemp |

### ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant Americut Coring & Sawing, Inc. has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from Americut Coring & Sawing, Inc. the sum of Eighteen Thousand Two Hundred Nineteen Dollars and Thirteen Cents ($18,219.13), including unpaid fringe benefit contributions through August, 2014, and prejudgment interest and liquidated damages, plus attorneys' fees of One Thousand Nine Hundred Seventy-Six Dollars and Twenty-Five Cents ($1,976.25), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____s/Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs